AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

DAWN M. CLARK

*Plaintiff(s)*

v.

Civil Action No. 4:21-cv-00366

FRANKEL FAMILY TRUST d/b/a MANAGEMENT SUPPORT, and EXPERIAN INFORMATION SOLUTIONS, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS, INC.
c/o REGISTERED AGENT
C T CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
DALLAS, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nathan C. Volheim
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/11/21

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

[SERVED stamp across page]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-00366

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>EXPERIAN INFORMATION SOLUTIONS, INC.</u> was received by me on (date) May 15, 2021, 12:22 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TERRI THONGSAVAT, , who is designated by law to accept service of process on behalf of *(name of organization)* <u>CT CORPORATION SYSTEM, THE REGISTERED AGENT FOR EXPERIAN INFORMATION SOLUTIONS INC.</u> on *(date)* <u>Mon, May 17 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 05/18/2021

*Server's signature*

Matthew James Foster - Process Server

*Printed name and title*

1910 Pacific Avenue, Suite 9300, Dallas, TX 75201

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 17, 2021, 3:14 pm CDT at 1999 BRYAN ST., SUITE 900, DALLAS, TX 75201 received by EXPERIAN INFORMATION SOLUTIONS, INC., BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY TERRI THONGSAVAT, INTAKE SPECIALIST.

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT.