AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

SERVED

| | |
|---|---|
| DAWN M. CLARK<br><br>*Plaintiff(s)*<br><br>v.<br><br>FRANKEL FAMILY TRUST d/b/a MANAGEMENT SUPPORT, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>*Defendant(s)* | Civil Action No. 4:21-cv-00366 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FRANKEL FAMILY TRUST
d/b/a MANAGEMENT SUPPORT
c/o REGISTERED AGENT
1800 E DEERE AVE
SANTA ANTA, CA 92705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan C. Volheim
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   5/11/21                                                  David A. O'Toole
                                                                 *Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| R.O.S. Consulting, Inc.<br>5083 Main Street Ste.5C  Spring Hill, TN 37174<br>TELEPHONE NO.: (815) 370-5866 | FAX NO.<br>E-MAIL ADDRESS paulp@rosconsulting.org<br>ATTORNEY FOR (Name):: | | |
| IN THE DISTRICT COURT FORT BEND COUNTY, TEXAS | | |
| STREET ADDRESS: | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: , TX | | |
| BRANCH NAME: FORT BEND COUNTY - 328TH JUDICIAL DISTRICT COURT | | |
| PLAINTIFF: DAWN M. CLARK | | CASE NUMBER:<br>4:21-cv-00366 |
| DEFENDANT: FRANKEL FAMILY TRUST DBA MANAGEMENT SUPPORT AND EXPERIAN INFORMATION SOLUTIONS, INC | | |
| PROOF OF SERVICE | | Ref. No. or File No.:<br>4:21-CV-00366 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; DEMAND FOR JURY TRIAL; COMPLAINT;**

- PARTY SERVED: **FRANKEL FAMILY TRUST DBA MANAGEMENT SUPPORT**
- PERSON SERVED: Steph. Doe. 714-622-9582 - Authorized to accept
- DATE & TIME OF DELIVERY: **5/20/2021 9:20 AM**
- ADDRESS, CITY, AND STATE: **1800 E DEERE AE SANTA ANA, CA 92705**
- PHYSICAL DESCRIPTION: **Age: 40 Weight: 120 Hair: br Sex: Female Height: 5 4  Eyes: br Ethnicity: cc Other Features:**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.



County: ORANGE
Registration No.: 2687
Knox Services, Inc.
1522 Brookhollow Drive, Ste. 3
Santa Ana, CA 92705
(714) 479-1650
LA County Reg: 2015260036
Ref: 4:21-CV-00366



I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  May 20, 2021.

Signature: _____
MIGUEL A RUIZ

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]        Order#: OC26890   /General